UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN K. KAWAMOTO,<br><br>Plaintiff,<br><br>v.<br><br>PATRICK COVELLO, et al.,<br><br>Defendants. | No. 2:24-cv-00258 DB P<br><br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Presently before the court is plaintiff's motions to amend. (ECF Nos. 5, 6.) For the reasons set forth below, the court will grant the motion to amend.

**I.      Motion to Amend**

Plaintiff has filed two motions to amend the complaint. (ECF Nos. 5, 6.) Therein, plaintiff states that he seeks to amend the complaint to add additional claims and defendants. (ECF No. 5 at 1-2.)

The Federal Rules of Civil Procedure state that courts "should freely give leave [to amend] when justice so requires." Fed. R. Civ. P. 15(a)(2). "In the absence of any apparent or declared reason—such as undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, futility of amendment, etc.—the leave

sought should, as the rules require, be 'freely given.'" Foman v. Davis, 371 U.S. 178, 182 (1962).

In light of plaintiff's stated reasons for amending the complaint, the court will grant the motion.

**II.     Conclusion**

For the reasons set forth above, IT IS HEREBY ORDERED that Plaintiff's motions to amend (ECF Nos. 5, 6) are granted.

Dated:  June 24, 2024

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:16
DB/DB Prisoner Inbox/Civil Rights/R/kawa.258.am'd.comp