UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN K. KAWAMOTO,<br><br>    Plaintiff,<br><br>    v.<br><br>PATICK COVELLO, et al.,<br><br>    Defendants. | No. 2:24-cv-00258-DB<br><br><br>ORDER |

Plaintiff is proceeding pro se with a civil rights action. Between February 8, 2024 and April 8, 2024, plaintiff has filed various motions requesting discovery. (ECF Nos. 5, 8, 9, 10.) Plaintiff is advised that discovery is more appropriate after the complaint has been screened and defendants have answered. Plaintiff's motions will therefore be denied without prejudice to its renewal after defendants have answered.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motions to compel (ECF Nos. 5, 8, 9, 10) are denied without prejudice.

Dated: July 12, 2024

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB16
DB/Prisoner/Civil/R/kawa258.te

1