UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN K. KAWAMOTO,<br><br>Plaintiff,<br><br>v.<br><br>PATRICK COVELLO, et al.,<br><br>Defendants. | No. 2:24-cv-0258 SCR P<br><br><br><br>ORDER |

On October 21, plaintiff, a state prisoner proceeding pro se, requested an extension of time to file a third amended complaint. In an order filed October 25, this court granted plaintiff's request. Plaintiff filed a second motion for an extension of time which he signed on October 28. It appears that plaintiff did not receive a copy of the court's October 25 order prior to signing this second motion. This court assumes it is redundant of plaintiff's first motion. Therefore, IT IS HEREBY ORDERED that plaintiff's second motion for an extension of time (ECF No. 27) is denied.

Dated: November 22, 2024

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE