UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN K. KAWAMOTO, | No. 2:24-cv-00258 SCR P |
| Plaintiff, | |
| v. | ORDER |
| PATRICK COVELLO, et al., | |
| Defendants. | |

Plaintiff is incarcerated in state prison and proceeding pro se and in forma pauperis with a civil rights action under 42 U.S.C. § 1983. Plaintiff has filed a motion to compel defendants to answer the complaint. (ECF No. 47.) Plaintiff's motion appears to have crossed in the mail with the undersigned's order referring the case to post-screening ADR and staying the case for 120 days. (ECF No. 46.) Given that the action is stayed, plaintiff's motion will be denied. Plaintiff is advised that if the parties do not reach a settlement, the court will lift the stay and order defendants to file a responsive pleading. (See id. at 2, n.1.)

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to compel (ECF No. 47) is DENIED.

DATED: November 17, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE