UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN K. KAWAMOTO, | No.  2:24-cv-00258 SCR P |
| Plaintiff, | |
| v. | ORDER |
| PATRICK COVELLO, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a disability discrimination suit pursuant to Title II of the Americans with Disabilities Act, 42 U.S.C. § 12131 et seq.  On February 5, 2026, the parties participated in a settlement conference via video conference before Magistrate Judge Dennis M. Cota.  After discussions with the parties, the case did not settle.  ECF No. 51.

Accordingly, IT IS HEREBY ORDERED that:

1.  The ADR stay of the action is hereby lifted; and

2.  Defendants shall file a responsive pleading within thirty (30) days of this order.

DATED: February 10, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE