IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DARREN KAWAMOTO,** | Case No. 2:24-cv-00258-SCR |
| Plaintiff, | ~~[PROPOSED]~~ **ORDER** |
| **v.** | |
| **P. COVELLO, et al.,** | |
| Defendants. | |

Defendants moved for a seven-day extension of the deadline to file a responsive pleading. GOOD CAUSE APPEARING, Defendants' motion is granted. The deadline to file a responsive pleading is extended to March 19th, 2026. IT IS SO ORDERED.

Dated:  March 5, 2026.

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

1