UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN K. KAWAMOTO,<br>Plaintiff,<br>v.<br>PATRICK COVELLO, et al.,<br>Defendants. | No. 2:24-cv-00258-TLN-SCR<br><br>**ORDER** |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 8, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. (ECF No. 63.) Neither party filed objections to the findings and recommendations, and the time to do so has elapsed.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed on May 8, 2026 (ECF No. 63) are ADOPTED in full;

2. Defendants' motion to dismiss (ECF No. 60) is GRANTED IN PART and DENIED IN PART as follows:

a. The motion is GRANTED and Defendants Covello, Cochran, Pedersen, and Mendoza are DISMISSED as redundant without leave to amend;

b. The motion is DENIED as to Defendant's request to bar Plaintiff from amending to add claims for injunctive relief.

3. Defendants are directed to answer the complaint within 30 days of this order.

IT IS SO ORDERED.

DATE: September 22, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE